JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC., | Case No. CV 17-5406 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FEEL THE PIECE, LLC, | |
| Defendant. | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff FameFlynet, Inc. and against defendant Feel the Piece, LLC on plaintiff's claim for copyright infringement.

2. Plaintiff shall recover against defendant in the amount of $4,210.65 consisting of $3,000 in statutory copyright damages, $500.00 in attorney's fees, and $710.65 in costs.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 21st day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge